**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 67 EAL 2016
                                                    :
                    Respondent            :
                                                    :
                                                    : Petition for Allowance of Appeal from
                                                    : the Order of the Superior Court
         v.                                         :
                                                    :
                                                    :
                                                    :
GREGORY BRAGG,                        :
                                                    :
                    Petitioner             :

**ORDER**

**PER CURIAM**

   **AND NOW**, this 4th day of August 2016, the Petition for Allowance of Appeal is

**GRANTED LIMITED TO** the issue set forth below.   Allocatur is **DENIED** as to all

remaining issues.  The issue, as stated by petitioner, is:

   (1)    Should the mandatory minimum sentence imposed by the
          trial court under 42 Pa.C.S.A. § 9714 be vacated, and this
          matter remanded for a new sentencing hearing, due to the
          fact that § 9714 is unconstitutional as currently drafted?

   This matter is consolidated with Commonwealth v. Macklin, 288 MAL 2015 and

Commonwealth v. Sachette, 973 MAL 2015 for oral argument.

   Justice Wecht did not participate in the consideration or decision of this matter.